FILED
NOV 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN MICHAEL TAYLOR,<br><br>    Defendant.<br>_____/ | No. CR09-398-SBA-4<br><br>ORDER FOR RELEASE FROM FEDERAL CUSTODY |

    The defendant having appeared before the undersigned Magistrate, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant and the warrant is recalled.

Dated: November 13, 2017

                                                                    *Kandis Westmore*
                                                 KANDIS A. WESTMORE
                                                 United States Magistrate Judge